| | |
|---|---|
| JAMIE PETTIT, an individual, on behalf of herself, the general public and those similarly situated<br><br>Plaintiff,<br><br>v.<br><br>PROCTER & GAMBLE COMPANY<br><br>Defendant | CASE NO. 15-cv-2150<br>Order<br>**STIPULATION ON BRIEFING FOR CLASS CERTIFICATION [AS MODIFIED BY THE COURT]** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WHEREAS at the August 13, 2015 Case Management Conference, this Court set the hearing for Plaintiff's Motion for Class Certification for May 5, 2016;

WHEREAS, the Court further ordered the parties to submit a briefing schedule;

WHEREAS, the parties have met and conferred and have agreed that Plaintiff shall file her opening brief on February 25, 2016, Defendant shall file its opposition by March 28, 2016, and Plaintiff shall file her reply by April 14, 2016;

NOW THEREFORE, THE PARTIES BY COUNSEL HEREBY STIPULATE:

Plaintiff shall file her motion for class certification by February 25, 2016; Defendant shall file its opposition by March 28, 2016; and Plaintiff shall file her reply by April 14, 2016.

SO STIPULATED

STIPULATION FOR ELECTRONIC SERVICE

1  Dated: August 20, 2015              GUTRIDE SAFIER LLP

                                       By: /s/ Kristen G. Simplicio
                                              Kristen G. Simplicio

                                       Attorneys for Plaintiff
                                       Jamie Pettit

   DATED: August 20, 2015              COVINGTON & BURLING LLP

                                       By:/s/ Emily Johnson Henn
                                             Emily Johnson Henn

                                       Attorneys for Defendant
                                       The Procter & Gamble Company

STIPULATION FOR ELECTRONIC
SERVICE                         - 2 -

1

## ~~PROPOSED~~ ORDER [AS MODIFIED BY THE COURT]

2  Pursuant to Civil Local Rule 6-2(a), and **GOOD CAUSE APPEARING THEREFOR**, it

3 is therefore ORDERED that:

4  Plaintiff shall file her motion for class certification by February 25, 2016; Defendant shall

5 file its opposition by March 28, 2016; and Plaintiff shall file her reply by April 14, 2016.

6

7  **IT IS SO ORDERED**.

8 DATED:  August 21, 2015

9  _____
   THE HONORABLE RICHARD SEEBORG
10  UNITED STATES DISTRICT JUDGE

11

12 ## ATTESTATION OF COMPLIANCE

13  I, Kristen Simplicio, am the ECF user whose ID and password are being used

14 to file this document.  In compliance with section X(B) of General Order 45, I

15 hereby attest that Emily Johnson Henn concurred in this filing.

16  */s/ Kristen Simplicio*

STIPULATION FOR ELECTRONIC
SERVICE                              - 3 -