**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
SETH A. SAFIER (State Bar No. 197427)
MARIE MCCRARY (State Bar No. 262670)
KRISTEN G. SIMPLICIO (State Bar No. 263291)
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 271-6469
Facsimile:  (415) 449-6469

**TYCKO & ZAVAREEI LLP**
LORENZO B. CELLINI
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

**SPANGENBERG SHIBLEY & LIBER LLP**
STUART E. SCOTT
DANIEL FRECH
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
Telephone: (216) 696-3232
Facsimile: (216) 696-3924

Attorneys for Plaintiff, Jamie Pettit

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE PETTIT, an individual, on behalf of herself, the general public and those similarly situated<br><br>Plaintiff,<br><br>v.<br><br>PROCTER & GAMBLE COMPANY<br><br>Defendant | CASE NO.  15-cv-2150-RS<br>ORDER<br>**JOINT STIPULATION TO EXTEND CLASS CERTIFICATION BRIEFING SCHEDULE** |

    Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, plaintiff Jamie Pettit and defendant The Procter & Gamble Company ("P&G") respectfully submit this joint stipulation to extend the

STIPULATION FOR CONTINUANCE OF
CLASS CERTIFICATION

1 | current briefing schedule for class certification.

2 | WHEREAS, at the August 13, 2015 Case Management Conference and in a subsequent
3 | order, this Court set the hearing for Plaintiff's Motion for Class Certification for May 5, 2016 and
4 | ordered that the Plaintiff shall file her opening brief on February 25, 2016, P&G shall file its
5 | opposition by March 28, 2016, and Plaintiff shall file her reply by April 14, 2016 [Dkt. No. 24];

6 | WHEREAS, the parties have engaged in productive discovery, but believe more time to
7 | review that discovery would be useful before the parties brief class certification in this case;

8 | WHEREAS, the parties agree it would be efficient to defer additional discovery and
9 | briefing in light of the court's order, in a similar case in which a plaintiff is challenging Charmin
10 | Freshmates flushable wipes (*Belfiore v. Procter & Gamble Company*, Case No. 14-cv-4090
11 | (E.D.N.Y.) (Weinstein, J.)), that those parties participate in a settlement talks with Magistrate
12 | Judge Levy, which began on January 21 and are continuing on February 24, with additional talks
13 | possible thereafter.

14 | WHEREAS, there have been no previous time modifications in this case;

15 | WHEREAS, in light of the foregoing, Plaintiff and P&G request that the briefing schedule
16 | for Plaintiff's motion for class certification be continued approximately three months;

17 | WHEREAS, the effect of the requested time modification will to be extend the current
18 | class certification briefing schedule approximately three months; and

19 | WHEREAS, the parties have agreed that Plaintiff shall file her motion for class
20 | certification by May 19, 2016; P&G shall file its opposition by June 23, 2016; Plaintiff shall file
21 | her reply by July 14, 2016; and the hearing shall be held at 1:30 p.m. on August 4, 2016, or
22 | another date convenient for the Court;

23 | NOW THEREFORE, THE PARTIES BY COUNSEL HEREBY STIPULATE:

24 | Plaintiff shall file her motion for class certification by May 19, 2016; P&G shall file its
25 | opposition by June 23, 2016; Plaintiff shall file her reply by July 14, 2016; and the hearing shall
26 | be held at 1:30 p.m. on August 4, 2016, or another date convenient for the Court.

27
28

STIPULATION FOR CONTINUANCE OF
CLASS CERTIFICATION      - 2 -

1 | Dated: February 10, 2015

GUTRIDE SAFIER LLP

By: /s/ Kristen G. Simplicio
    Kristen G. Simplicio

Attorneys for Plaintiff
Jamie Pettit

DATED: February 10, 2016

COVINGTON & BURLING LLP

By: /s/ Emily Johnson Henn
    Emily Johnson Henn

Attorneys for Defendant
The Procter & Gamble Company

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 2/11/16

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE