1  **GUTRIDE SAFIER LLP**
   ADAM J. GUTRIDE (State Bar No. 181446)
2  SETH A. SAFIER (State Bar No. 197427)
   MARIE MCCRARY (State Bar No. 262670)
3  KRISTEN G. SIMPLICIO (State Bar No. 263291)
   100 Pine Street, Suite 1250
4  San Francisco, California 94111
   Telephone: (415) 271-6469
5  Facsimile:  (415) 449-6469

6  **TYCKO & ZAVAREEI LLP**
   LORENZO B. CELLINI
7  1828 L Street, N.W., Suite 1000
   Washington, DC 20036
8  Telephone: (202) 973-0900
   Facsimile: (202) 973-0950

9
   **SPANGENBERG SHIBLEY & LIBER LLP**
10 STUART E. SCOTT
   DANIEL FRECH
11 1001 Lakeside Avenue East, Suite 1700
   Cleveland, OH 44114
12 Telephone: (216) 696-3232
   Facsimile: (216) 696-3924

13
   Attorneys for Plaintiff, Jamie Pettit
14

15            UNITED STATES DISTRICT COURT

16          NORTHERN DISTRICT OF CALIFORNIA

17

18

19 JAMIE PETTIT, an individual, on behalf of       CASE NO.  15-cv-2150-RS
   herself, the general public and those similarly situated   ORDER
                                                   **JOINT STIPULATION TO**
20     Plaintiff,                                  **EXTEND CLASS**
                                                   **CERTIFICATION**
21        v.                                       **BRIEFING SCHEDULE**

22 PROCTER & GAMBLE COMPANY

23     Defendant

24

25

26        Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, plaintiff Jamie Pettit and defendant The

27 Procter & Gamble Company ("P&G") respectfully submit this joint stipulation to extend the

28
   STIPULATION FOR CONTINUANCE OF
   CLASS CERTIFICATION

1  current briefing schedule for class certification.

2          WHEREAS, at the August 13, 2015 Case Management Conference and in a subsequent

3  order, this Court set the hearing for Plaintiff's Motion for Class Certification for May 5, 2016 and

4  ordered that the Plaintiff shall file her opening brief on February 25, 2016, P&G shall file its

5  opposition by March 28, 2016, and Plaintiff shall file her reply by April 14, 2016 [Dkt. No. 24];

6          WHEREAS, the parties previously sought and received a time modification to permit the

7  parties to review discovery taken to date and to defer additional discovery and briefing in light of

8  the court's order, in a similar case in which a plaintiff is challenging Charmin Freshmates

9  flushable wipes (*Belfiore v. Procter & Gamble Company*, Case No. 14-cv-4090 (E.D.N.Y.)

10  (Weinstein, J.)), that those parties participate in a settlement talks with Magistrate Judge Levy,

11  which began on January 21;

12          WHEREAS, the parties agreed and on February 11, 2016, this Court so ordered that

13  Plaintiff shall file her motion for class certification by May 19, 2016; P&G shall file its

14  opposition by June 23, 2016; Plaintiff shall file her reply by July 14, 2016; and the hearing shall

15  be held at 1:30 p.m. on August 4, 2016 [Dkt. # 27];

16          WHEREAS, the settlement discussions being conducted under Magistrate Judge Levy's

17  direction are continuing;

18          WHEREAS, the parties are deferring depositions and other discovery matters so as to

19  conserve resources while those settlement discussions continue;

20          WHEREAS, there has been one previous time modification in this case, discussed above;

21          WHEREAS, in light of the foregoing, Plaintiff and P&G request that the briefing schedule

22  for Plaintiff's motion for class certification be continued approximately three months;

23          WHEREAS, the effect of the requested time modification will to be extend the current

24  class certification briefing schedule approximately three months; and

25          WHEREAS, the parties have agreed that Plaintiff shall file her motion for class

26  certification by August 24, 2016; P&G shall file its opposition by September 28, 2016; Plaintiff

27  shall file her reply by October 19, 2016; and the hearing shall be held at 1:30 p.m. on November

28  10, 2016, or another date convenient for the Court;

STIPULATION FOR CONTINUANCE OF
CLASS CERTIFICATION                    - 2 -

1  NOW THEREFORE, THE PARTIES BY COUNSEL HEREBY STIPULATE:

2  Plaintiff shall file her motion for class certification by August 24, 2016; P&G shall file its

3  opposition by September 28, 2016; Plaintiff shall file her reply by October 19, 2016; and the

4  hearing shall be held at 1:30 p.m. on November 10, 2016 or another date convenient for the

5  Court.

6

7  Dated:      April 25, 2016

                                    GUTRIDE SAFIER LLP

8  By: /s/ Kristen G. Simplicio

9       Kristen G. Simplicio

10  Attorneys for Plaintiff
Jamie Pettit

11

12  DATED:   April 25, 2016       COVINGTON & BURLING LLP

13  By:/s/ Cortlin Lannin
     Cortlin Lannin

14  Attorneys for Defendant
The Procter & Gamble Company

15

16

17

18  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

19

20  DATED:  4/25/16

21  THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28