EMILY JOHNSON HENN (SBN 269482)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94061
Telephone: 650-632-4700
Facsimile: 650-632-4800
Email: ehenn@cov.com

SONYA D. WINNER (SBN 200348)
CORTLIN H. LANNIN (SBN 266488)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94102
Telephone: 415-591-6000
Facsimile: 415-591-6091
Email: swinner@cov.com
Email: clannin@cov.com

Attorneys for Defendant The Procter & Gamble Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE PETTIT, an individual, on behalf of herself, the general public and those similarly situated<br><br>    Plaintiff,<br><br>        v.<br><br>PROCTER & GAMBLE COMPANY<br><br>    Defendant | CASE NO.  15-cv-2150-RS<br>ORDER<br>**JOINT STIPULATION TO SET BRIEFING SCHEDULE FOR MOTION TO STAY AND EXTEND CLASS CERTIFICATION BRIEFING SCHEDULE** |

Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, plaintiff Jamie Pettit and defendant The Procter & Gamble Company ("P&G") respectfully submit this joint stipulation to set an expedited briefing schedule for P&G's forthcoming motion to stay this action and to extend the current briefing schedule for class certification.

1   WHEREAS, at the August 13, 2015 Case Management Conference and in a subsequent

2   order, this Court set the hearing for Plaintiff's motion for class certification for May 5, 2016 and

3   ordered that Plaintiff would file her opening brief on February 25, 2016, P&G would file its

4   opposition by March 28, 2016, and Plaintiff would file her reply by April 14, 2016 [*See* Dkt. No.

5   24];

6   WHEREAS, the parties previously sought and received two time modifications to permit

7   the parties to defer depositions and additional discovery so as to conserve resources in light of the

8   court's order, in a similar case in which a plaintiff is challenging Charmin Freshmates flushable

9   wipes (*Belfiore v. Procter & Gamble Company*, Case No. 14-cv-4090 (E.D.N.Y.) (Weinstein,

10  J.)), that those parties participate in settlement talks with Magistrate Judge Levy, which began on

11  January 21, 2016;

12  WHEREAS, in light of the settlement talks in *Belfiore*, the parties sought and the Court

13  entered on February 11, 2016 the first time modification, pursuant to which Plaintiff would file

14  her motion for class certification by May 19, 2016; P&G would file its opposition by June 23,

15  2016; Plaintiff would file her reply by July 14, 2016; and the hearing would be held at 1:30 p.m.

16  on August 4, 2016 [*See* Dkt. 27];

17  WHEREAS, again in light of the continuing settlement talks in *Belfiore*, the parties sought

18  and the Court entered on April 25, 2016 the second time modification, pursuant to which Plaintiff

19  would file her motion for class certification by August 24, 2016; P&G would file its opposition

20  by September 28, 2016; Plaintiff would file her reply by October 19, 2016; and the hearing would

21  be held at 1:30 p.m. on November 10, 2016 [*See* Dkt No. 29];

22  WHEREAS, on June 10, 2016, Magistrate Judge Levy adjourned the last scheduled

23  settlement conference in *Belfiore sine die*, and there are no additional settlement conferences

24  scheduled;

25  WHEREAS, P&G has informed Plaintiff that it intends to file a motion to stay this action,

26  and Plaintiff has informed P&G that it intends to oppose the motion;

27  WHEREAS, the parties request a slightly expedited briefing and hearing schedule for the

28  motion to stay;

STIPULATION FOR CONTINUANCE OF
CLASS CERTIFICATION                        - 2 -

WHEREAS, in order to accommodate the time required to resolve P&G's motion to stay, prior to initiating the deferred depositions and additional discovery, the parties request that the briefing schedule for Plaintiff's motion for class certification be extended approximately two months;

WHEREAS, there have been two previous time modifications in this case, discussed above;

WHEREAS, the effect of the requested time modification will be to extend the current class certification briefing schedule approximately two months;

NOW THEREFORE, THE PARTIES BY COUNSEL HEREBY STIPULATE as follows:

P&G shall file its motion to stay by June 23, 2016; Plaintiff shall file her opposition by June 30, 2016; P&G shall file its reply by July 7, 2016; and the hearing on the motion shall be held at 1:30 p.m. on July 21, 2016, or another date convenient for the Court;

Plaintiff shall file her motion for class certification by October 20, 2016; P&G shall depose Plaintiff's class certification expert(s) by November 3, 2016; P&G shall file its opposition by December 8, 2016; Plaintiff shall depose P&G's class certification expert(s) by December 22, 2016; Plaintiff shall file her reply by January 12, 2017; and the hearing shall be held at 1:30 p.m. on February 2, 2017, or another date convenient for the Court; and

If P&G's motion for a stay is not decided by July 28, 2016, the parties shall stipulate to a further extension to the briefing schedule for Plaintiff's motion for class certification, so that the motion is not due until 90 days after the decision on the motion for stay.

DATED:   June 22, 2016                    COVINGTON & BURLING LLP


                                          By:  */s/ Cortlin H. Lannin*
                                              Cortlin H. Lannin

                                              *Attorneys for Defendant*
                                              The Procter & Gamble Company

1

2 DATED:   June 22, 2016                    GUTRIDE SAFIER LLP

3

4                                          By: */s/ Adam Gutride*
                                               Adam Gutride

5
                                               *Attorneys for Plaintiff*
6

7

8         **PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, THE**

9 **COURT ORDERS AS FOLLOWS:**

10        P&G shall file its motion to stay by June 23, 2016; Plaintiff shall file her opposition by

11 June 30, 2016; P&G shall file its reply by July 7, 2016; and the hearing on the motion shall be

12 held at 1:30 p.m. on July 21, 2016; and

13        Plaintiff shall file her motion for class certification by October 20, 2016; P&G shall

14 depose plaintiff's class certification expert(s) by November 3, 2016; P&G shall file its opposition

15 by December 8, 2016; Plaintiff shall depose P&G's class certification expert(s) by December 22,

16 2016; Plaintiff shall file her reply by January 12, 2017; and the hearing shall be held at 1:30 p.m.

17 on February 2, 2017.

18

19
   DATED:  6/23/16
20                                         THE HONORABLE RICHARD SEEBORG
                                           UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28