EMILY JOHNSON HENN (SBN 269482)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94061
Telephone: 650-632-4700
Facsimile: 650-632-4800
Email: ehenn@cov.com

SONYA D. WINNER (SBN 200348)
CORTLIN H. LANNIN (SBN 266488)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94102
Telephone: 415-591-6000
Facsimile: 415-591-6091
Email: swinner@cov.com
Email: clannin@cov.com

Attorneys for Defendant The Procter & Gamble Company

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JAMIE PETTIT, an individual, on behalf of himself, the general public, and those similarly situated,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>PROCTER & GAMBLE COMPANY; AND DOES 1 THROUGH 50,<br><br>　　　Defendants. | Civil Case No.: 3:15-cv-02150-RS<br><br>ORDER<br>**JOINT STIPULATION TO SET CLASS CERTIFICATION BRIEFING SCHEDULE** |

1  Pursuant to Civil L.R. 6-1(b), 6-2, 7-12, and the Minute Entry issued after the hearing on
2  defendant The Procter & Gamble Company's ("P&G") motion to stay this case (*see* Dkt. No. 36),
3  plaintiff Jamie Pettit and P&G respectfully submit this joint stipulation to set the briefing schedule for
4  class certification.

5  WHEREAS, at the August 13, 2015 Case Management Conference and in a subsequent
6  order, this Court set an initial briefing schedule for Plaintiff's motion for class certification (*see* Dkt. No.
7  24);

8  WHEREAS, the parties filed joint stipulations on three subsequent occasions to extend
9  the schedule for class certification, each of which was entered by the Court (*see* Dkt. Nos. 27, 29, and
10 31);

11 WHEREAS, the last such stipulation (*see* Dkt. No. 31) was entered on June 23, 2016 and
12 provided that Plaintiff would file her motion for class certification by October 20, 2016; P&G would
13 depose Plaintiff's class certification expert(s) by November 3, 2016; P&G would file its opposition by
14 December 8, 2016; Plaintiff would depose P&G's class certification expert(s) by December 22, 2016;
15 Plaintiff would file her reply by January 12, 2017; and the hearing would be held at 1:30 p.m. on
16 February 2, 2017;

17 WHEREAS, P&G filed a motion to stay this action on June 23, 2016, which was set for a
18 hearing on July 21, 2016 (*see* Dkt. No. 32);

19 WHEREAS, at the conclusion of the hearing on P&G's motion, the Court denied P&G's
20 motion without prejudice, and requested that the parties submit a new schedule for class certification
21 that would extend the current schedule by approximately three months;
22 NOW THEREFORE, THE PARTIES BY COUNSEL HEREBY STIPULATE as follows:

23 Plaintiff shall file her motion for class certification by February 14, 2017; P&G shall
24 depose Plaintiff's class certification expert(s) by February 28, 2017; P&G shall file its opposition by
25 March 28, 2017; Plaintiff shall depose P&G's class certification expert(s) by April 11, 2017; Plaintiff
26 shall file her reply by April 25, 2017; and the hearing shall be held at 1:30 p.m. on May 18, 2017, or
27 another date convenient for the Court.
28

JOINT STIPULATION TO SET CLASS CERTIFICATION
BRIEFING SCHEDULE                             1
Civil Case No.: 3:15-cv-02150-RS

| | | |
|---|---|---|
| DATED:   August 26, 2016 | | COVINGTON & BURLING LLP |
| | By: | */s/ Cortlin H. Lannin* |
| | | Cortlin H. Lannin |
| | | *Attorneys for Defendant* |
| | | The Procter & Gamble Company |
| DATED:   August 26, 2016 | | GUTRIDE SAFIER LLP |
| | By: | */s/ Adam Gutride* |
| | | Adam Gutride |
| | | *Attorneys for Plaintiff* |

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, THE COURT ORDERS AS FOLLOWS:**

Plaintiff shall file her motion for class certification by February 14, 2017; P&G shall depose Plaintiff's class certification expert(s) by February 28, 2017; P&G shall file its opposition by March 28, 2017; Plaintiff shall depose P&G's class certification expert(s) by April 11, 2017; Plaintiff shall file her reply by April 25, 2017; and the hearing shall be held at 1:30 p.m. on May 18, 2017, or another date convenient for the Court.

DATED:  8/29/16

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO SET CLASS CERTIFICATION
BRIEFING SCHEDULE
Civil Case No.: 3:15-cv-02150-RS

2