| | |
|---|---|
| 1 | EMILY JOHNSON HENN (SBN 269482) |
|   | COVINGTON & BURLING LLP |
| 2 | 333 Twin Dolphin Drive, Suite 700 |
|   | Redwood Shores, CA 94061 |
| 3 | Telephone: 650-632-4700 |
|   | Facsimile: 650-632-4800 |
| 4 | Email: ehenn@cov.com |

SONYA D. WINNER (SBN 200348)
CORTLIN H. LANNIN (SBN 266488)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94102
Telephone: 415-591-6000
Facsimile: 415-591-6091
Email: swinner@cov.com
Email: clannin@cov.com

Attorneys for Defendant The Procter & Gamble Company

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMIE PETTIT, an individual, on behalf of himself, the general public, and those similarly situated, | Civil Case No.: 3:15-cv-02150-RS |
| Plaintiff, | ORDER<br>**JOINT STIPULATION TO ADJUST CLASS CERTIFICATION OPPOSITION AND REPLY DEADLINES** |
| v. | |
| PROCTER & GAMBLE COMPANY; AND DOES 1 THROUGH 50, | |
| Defendants. | |

1  Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, plaintiff Jamie Pettit and defendant The
2  Procter & Gamble Company ("P&G") respectfully submit this joint stipulation to adjust the opposition
3  and reply deadlines related to plaintiff's motion for class certification.
4  WHEREAS, at the August 13, 2015 Case Management Conference and in a subsequent
5  order, this Court set an initial briefing schedule for plaintiff's motion for class certification (*see* Dkt. No.
6  24);
7  WHEREAS, the parties filed joint stipulations on four subsequent occasions to extend the
8  schedule for class certification, each of which was entered by the Court (*see* Dkt. Nos. 27, 29, 31 and
9  41);
10  WHEREAS, the last such stipulation (*see* Dkt. No. 41) was entered on August 29, 2016
11  and provided that plaintiff would file her motion for class certification by February 14, 2017; P&G
12  would file its opposition by March 28, 2017; plaintiff would file her reply by April 25, 2017; and the
13  hearing would be held at 1:30 p.m. on May 18, 2017.
14  WHEREAS, plaintiff timely filed her motion for class certification on February 14, 2017;
15  WHEREAS, to accommodate the parties' agreed-upon schedule to depose various
16  individuals, including the named plaintiff and the parties' class certification experts, and for P&G to
17  provide certain supplemental discovery on which the parties have agreed, the parties propose to add
18  three days to both the opposition and reply periods, but leave unchanged the hearing date.
19  NOW THEREFORE, THE PARTIES BY COUNSEL HEREBY STIPULATE as follows:
20  P&G shall provide certain agreed-upon supplemental discovery to plaintiff by March 17,
21  2017; P&G shall file its opposition to plaintiff's motion for class certification by March 31, 2017; P&G
22  shall make available for deposition the week of April 17 any experts whose declarations are submitted in
23  opposition to class certification; plaintiff shall file her reply by May 2, 2017, and the hearing shall
24  remain on calendar for 1:30 p.m. on May 18, 2017, or another date convenient for the Court.

JOINT STIPULATION TO ADJUST CLASS CERTIFICATION    1
OPPOSITION AND REPLY DEADLINES
Civil Case No.: 3:15-cv-02150-RS

| | | |
|---|---|---|
| 1 | DATED:  March 8, 2017 | COVINGTON & BURLING LLP |
| 2 | | |
| 3 | | By: */s/ Cortlin H. Lannin* |
| | | Cortlin H. Lannin |
| 4 | | |
| 5 | | *Attorneys for Defendant* |
| | | The Procter & Gamble Company |
| 6 | DATED:  March 8, 2017 | GUTRIDE SAFIER LLP |
| 7 | | |
| 8 | | By: */s/ Adam Gutride* |
| | | Adam Gutride |
| 9 | | |
| 10 | | *Attorneys for Plaintiff* |

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, THE COURT ORDERS AS FOLLOWS:**

P&G shall provide certain agreed-upon supplemental discovery to plaintiff by March 17, 2017; P&G shall file its opposition to plaintiff's motion for class certification by March 31, 2017; P&G shall make available for deposition the week of April 17 any experts whose declarations are submitted in opposition to class certification; plaintiff shall file her reply by May 2, 2017, and the hearing shall remain on calendar for 1:30 p.m. on May 18, 2017, or another date convenient for the Court.

DATED:  3/8/17

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE