EMILY JOHNSON HENN (SBN 269482)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94061
Telephone: 650-632-4700
Facsimile: 650-632-4800
Email: ehenn@cov.com

SONYA D. WINNER (SBN 200348)
CORTLIN H. LANNIN (SBN 266488)
LINDSEY BARNHART (SBN 294995)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94102
Telephone: 415-591-6000
Facsimile: 415-591-6091
Email: swinner@cov.com
Email: clannin@cov.com

Attorneys for Defendant The Procter & Gamble Company

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMIE PETTIT, an individual, on behalf of herself, the general public, and those similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PROCTER & GAMBLE COMPANY; AND DOES 1 THROUGH 50,<br><br>    Defendants. | Civil Case No.: 3:15-cv-02150-RS-SK<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING ON CLASS CERTIFICATION BY TWO WEEKS** |

Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, plaintiff Jamie Pettit and defendant The Procter & Gamble Company ("P&G") respectfully submit this joint stipulation to continue the hearing on plaintiff's motion for class certification now scheduled for July 6, 2017 by two weeks, to July 20, 2017.

WHEREAS, the hearing date on plaintiff's motion for class certification has been adjusted several times by joint stipulation of the parties (*see* Dkt. Nos. 27, 29, 31, 41, 64, and 66);

WHEREAS, in an order dated May 19, 2017, this Court overruled P&G's objections to plaintiff's submission of certain survey evidence on reply while granting P&G leave to file a surreply addressing that evidence, and continued the hearing on class certification from May 25, 2017 to June 22, 2017 (*see* Dkt. No. 84);

WHEREAS, on June 19, 2017, this Court continued the hearing on plaintiff's motion for class certification from June 22, 2017 to July 6, 2017 (*see* Dkt. No. 90);

WHEREAS, P&G's lead counsel in this case, who will argue at the hearing in opposition to class certification, has a long-planned vacation that conflicts with the new July 6, 2017 hearing date, as well as the next available hearing date (July 13, 2017);

WHEREAS, there is a Case Management Conference scheduled in this case for July 20, 2017 at 10 a.m., and counsel for both parties are available on that date to also appear for a hearing on class certification;

WHEREAS, the parties therefore propose to continue the hearing on class certification by two weeks, from July 6, 2017 to July 20, 2017, and to consolidate that hearing with the currently-scheduled Case Management Conference.

NOW THEREFORE, THE PARTIES BY COUNSEL HEREBY STIPULATE as follows:

The hearing on class certification shall be continued to July 20, 2017 at 1:30 p.m., and the Case Management Conference now scheduled for 10 a.m. on that day shall be continued to 1:30 p.m.

| | | |
|---|---|---|
| DATED: June 20, 2017 | | COVINGTON & BURLING LLP |
| | By: | */s/ Cortlin H. Lannin* |
| | | Cortlin H. Lannin |
| | | *Attorneys for Defendant* |
| | | The Procter & Gamble Company |
| DATED: June 20, 2017 | | GUTRIDE SAFIER LLP |
| | By: | */s/ Adam Gutride* |
| | | Adam Gutride |
| | | *Attorneys for Plaintiff* |

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, THE COURT ORDERS AS FOLLOWS:**

The hearing on plaintiff's motion for class certification is continued to July 20, 2017 at 1:30 p.m., and the Case Management Conference now scheduled for 10 a.m. on that day is continued to 1:30 p.m.

DATED: 6/21/17

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE