**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
SETH A. SAFIER (State Bar No. 197427)
KRISTEN G. SIMPLICIO (State Bar No. 263291)
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 271-6469
Facsimile:  (415) 449-6469

**TYCKO & ZAVAREEI LLP**
HASSAN A. ZAVAREEI (State Bar No. 181547)
KRISTEN L. SAGAFI (State Bar No. 222249)
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

**SPANGENBERG SHIBLEY & LIBER LLP**
STUART E. SCOTT (*pro hac vice* admission)
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
Telephone: (216) 696-3232
Facsimile: (216) 696-3924

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMIE PETTIT on behalf of herself, the general public and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>Defendant. | CASE NO. 3:15-cv-2150 RS<br><br>ORDER<br>STIPULATION TO SHORTEN TIME ON MOTION FOR PRELIMINARY APPROVAL AND SCHEDULING OF CASE MANAGEMENT CONFERENCE |

1
2  **WHEREAS,** on October 26, 2018, the parties entered into a Settlement Agreement to
3  resolve this litigation;
4  **WHEREAS,** this Court previously scheduled a Case Management Conference for
5  November 29, 2018 (dkt. # 115);
6  **WHEREAS**, Plaintiff Jamie Pettit and the plaintiffs newly-named in the proposed
7  amended complaint (collectively, the "Plaintiffs") filed their Motion for Preliminary Approval on
8  October 31, 2018 (dkt. # 117) and set it for hearing on December 6, 2018, which was the next
9  available hearing date that was at least 35 days after the filing of the motion;
10 **WHEREAS**, the Motion for Preliminary Approval proposes setting a hearing on final
11 approval for March 28, 2019;
12 **WHEREAS**, the motion for preliminary approval will be unopposed;
13 **WHEREAS,** defendant The Procter & Gamble Company's counsel has a conflict with the
14 November 29, 2018 date for the case management conference;
15 **WHEREAS**, due to the deadlines by which the proposed publication notices need to be
16 provided to *Good Housekeeping* magazine, as set forth in the Notice Program appended to the
17 parties' Settlement Agreement and submitted as Sub-Exhibit B to Exhibit 1 of Plaintiff's Motion
18 for Preliminary Approval, if the hearing on the Motion for Preliminary Approval is not advanced
19 as proposed, the proposed date for the hearing on final approval will need to be delayed by at
20 least one additional month so that notice may be completed;
21 **THEREFORE**, the parties request that (1) this Court shorten the time on which the
22 Motion for Preliminary Approval will be heard and set that hearing for November 15, 2018 at
23 1:30 p.m., and (2) the Court advance the Case Management Conference to the same time,
24 November 15, 2018 at 1:30 p.m.
25 STIPULATED AND AGREED:
26
27
28

-1-

| | |
|---|---|
| DATED:   October 31, 2018 | GUTRIDE SAFIER LLP |
| | By: /s/ Kristen G. Simplicio |
| | Kristen G. Simplicio |
| | Attorneys for Plaintiffs |
| | |
| DATED: October 31, 2018 | COVINGTON & BURLING LLP |
| | |
| | By:/s/ Cortlin Lannin |
| | Cortlin Lannin |
| | Attorneys for Defendant |
| | The Procter & Gamble Company |

Pursuant to Local Civil Rule 6-2(a), and **GOOD CAUSE APPEARING THEREFOR**, this Court (1) shortens the time on which the Motion for Preliminary Approval will be heard and sets that hearing for November 15, 2018 at 1:30 p.m., and (2) advances the Case Management Conference currently set for November 29, 2018 to November 15, 2018 at 1:30 p.m.

**IT IS SO ORDERED**.

DATED:   11/1/18

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE