# EXHIBIT A

| Count | First Name | Last Name | State |
|---|---|---|---|
| 1 | JENNIFER | HILL | MD |
| 2 | AMANDA | RANDAZZO | MO |
| 3 | ALYSSA | WILSON | VA |
| 4 | RAHUL | SANAP | IL |
| 5 | JUSTIN | GAYLIARD | NC |
| 6 | SHELIA | TRICHE | TX |
| 7 | TYANNE | CHAVIS | NC |
| 8 | KATHY | BLOCK | NC |
| 9 | BRITTNIE | COLLIS | FL |
| 10 | RON | COLLI | FL |
| 11 | RACHEL | RUST | OH |
| 12 | LAURENA | DO | IA |
| 13 | NORMA | GREENWOOD | TX |
| 14 | NORM | GREENWOOD | TX |
| 15 | RICK | GREENWOOD | TX |
| 16 | LATINA | FOREMAN | MD |
| 17 | JENNY | JOYCE | NC |
| 18 | REBECCA | SMITH | SC |
| 19 | CAROLYN | DIXON | NC |
| 20 | JOE | HENNIGAN | AZ |
| 21 | TAWANDA | TORBERT | AL |
| 22 | TRINA | GHRAEL | NC |
| 23 | ANTOWNNE | JAMES | FL |
| 24 | VICTOR | MAGALLON | CA |
| 25 | STEPHANIE | GENTKOWSKI | OH |
| 26 | ANTHONY | PITOCCO | IN |
| 27 | TAHOSINCLAIR | SINCLAIR | VA |
| 28 | CONNOR | HUNTER | NC |
| 29 | WILLIS | JOHNSON | GA |
| 30 | ALISA | BRANS | KY |
| 31 | CAMARIS | FAIRCLOTH | CA |
| 32 | GABRIELA | MEULENS | FL |
| 33 | MICHAEL | PIARULLI | PA |
| 34 | RICHARD | CARDWELL | NC |
| 35 | KATHIE | MARTIN | GA |
| 36 | GILBERT | MATA JR | TX |
| 37 | NAKIDRA | KENNEDY | LA |
| 38 | DIANA | RUIZ | CA |
| 39 | SHELIA | WEBB | MS |
| 40 | MARIETTA | VAUGHN | AL |
| 41 | HARROLYNN | SHERMAN | LA |
| 42 | BILLIE | STANFORD | AL |
| 43 | SAMUEL | SHANNON | AL |
| 44 | JUSTIN | VERRETTE | AZ |
| 45 | JENIFER | DETHRO | CA |
| 46 | FELICIA | WILLIAMS | MS |
| 47 | DEBBI | BYRUM | TN |
| 48 | LEONA | DINNAN | MI |
| 49 | MARIANN | JACKSON | IL |

| | | | |
|---|---|---|---|
| 50 | CHRISTEN | JACKSON | IL |
| 51 | JENNIFER | JACKSON | VA |
| 52 | JAMES | JACKSON | IL |
| 53 | MARY | SADLER | IL |
| 54 | BENITA | OLIVEIRA | FL |
| 55 | JOHN | MARIANO | NY |
| 56 | RICHARD | SNIDER | WV |
| 57 | GINA | SMITH | CA |
| 58 | DAYRON | AARON | NJ |