UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMIE PETTIT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PROCTER & GAMBLE COMPANY, <br><br> Defendant. | Civil Case No.: 3:15-cv-02150-RS-SK <br><br> **FINAL JUDGMENT** |

  Pursuant to the Court's Order Granting Final Approval of Class Action Settlement and Judgment ("Final Approval Order") dated March 29, 2019 (*see* Dkt. No. 135), the Court hereby ORDERS that final judgment in this matter is entered in accordance with the Final Approval Order and the Settlement Agreement it incorporates.  This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

  Without affecting the finality of the judgment hereby entered, the Court reserves jurisdiction over the interpretation, implementation, and enforcement of the Settlement Agreement. Without further order of the Court, the Parties may agree to reasonable extensions of time to carry out any provisions of the Settlement Agreement.

Only those persons listed in Exhibit A of the Final Approval Order have submitted timely and valid requests for exclusion from the Settlement Class and are therefore not bound by this Final Judgment and the accompanying Final Approval Order.

**IT IS SO ORDERED.**

DATED:  4/2/19

_____
Hon. Richard Seeborg
United States District Judge